UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DIMAIO,<br><br>             Plaintiff,<br>    v.<br><br>COUNTY OF SNOHOMISH, et al.,<br><br>             Defendants. | CASE NO. C18-0793JLR<br><br>ORDER |

On June 25, 2018, the court ordered Plaintiff Richard DiMaio to pay the required filing fee within 30 days of that order.[1] (Order (Dkt. # 7) at 3.) Mr. DiMaio has failed to do so. (*See* Dkt.) Accordingly, the court ORDERS Mr. DiMaio to SHOW CAUSE within 14 days of the filing of this order why the court should not dismiss this case for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The court cautions Mr. DiMaio that his

---

[1] Mr. DiMaio filed a motion for leave to proceed *in forma pauperis* ("IFP") on May 29, 2018. (IFP Mot. (Dkt. # 1).) United States Chief Magistrate Judge Brian A. Tsuchida recommended denying IFP status (*see* R&R (Dkt. # 4)), and the court adopted the report and recommendation on June 24, 2018 (*see* Order).

failure to sufficiently explain why he has not paid the filing fee or to timely respond to this order may result in the dismissal of his suit. The court DIRECTS the Clerk to send a copy of this order to Mr. DiMaio.

Dated this 6th day of August, 2018.

JAMES L. ROBART
United States District Judge