UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DIMAIO,<br><br>                    Plaintiff,<br>     v.<br><br>COUNTY OF SNOHOMISH, et al.,<br><br>                    Defendants. | CASE NO. C18-0793JLR<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

On August 6, 2018, the court ordered Plaintiff Richard DiMaio to show cause no later than August 20, 2018, why the court should not dismiss this matter for his failure to pay the required filing fee. (8/6/2018 Order (Dkt. # 8).) That deadline has passed, and

//
//
//
//
//

| | |
|---|---|
| 1 | Mr. DiMaio has not responded.  (*See* Dkt.)  Accordingly, the court DISMISSES this case |
| 2 | without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b). |
| 3 | Dated this 28th day of August, 2018. |

                                           *[signature]*

                                           The Honorable James L. Robart
                                           U.S. District Court Judge